

**BRIAN P. MUETHING**
DIRECT DIAL: (513) 639-3814
FACSIMILE: (513) 579-6457
E-MAIL: BMUETHING@KMKLAW.COM

January 2, 2019

<u>**VIA ECF**</u>

Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   <u>Slade v. Donna Salyers' Fabulous-Furs, Inc., #: 1:18-cv-10480-LGS</u>

Dear Judge Schofield:

    We represent the defendant in the above-referenced matter. The Court has scheduled a pretrial conference for January 8, 2019. Separately the Court has extended Defendant's time to answer, move, or otherwise respond to the complaint to January 6, 2019.

    With the consent of the Plaintiff, the Defendant requests an additional 22 days, to January 28, 2019 to answer, move, or otherwise respond to the complaint.

    The parties also jointly request that the Court adjourn the pretrial conference to a date at the Court's convenience not earlier than February 1, 2019.

    In support, the parties report that they have been communicating about this matter and intend to further discuss potential resolution. The extension and adjournment requested here could therefore conserve resources of the parties and the Court. If the Court will not adjourn the conference, I request to be permitted to appear by phone.

    Respectfully,

    KEATING MUETHING & KLEKAMP PLL

    By: <u>/s/Brian P. Muething</u>
        Brian P. Muething

BPM:mrd

cc: Dan Shaked (via ECF)

Judge Lorna G. Schofield
January 2, 2019
Page 2