USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LINDA SLADE, Individually and as the representative of a class of similarly situated persons,

                           Plaintiff,

          - against -

DONNA SALYERS' FABULOUS-FURS, INC.,

    Defendants.

---

ECF Case

1:18-cv-10480-LGS

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

SO ORDERED.
Dated: September 12, 2019
New York, New York

_/s/ Lorna G. Schofield_
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Linda Slade and defendant, Donna Salyers' Fabulous-Furs, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may

ACTIVE\53784909.v1

be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
       September 4, 2019

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Telephone: (917) 373-9128
Email: shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

KEATING MUETHING & KLEKAMP PLL

By: _____
Brian P. Muething, Esq.
One East Fourth St., Suite 1400
Cincinnati, OH 45202
Telephone: (513) 579-6400
Email: bmuething@kmklaw.com
*Attorneys for Defendant*

SO ORDERED: xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx